ANDREW SKLAR
1200 Laurel Oak Road
Suite 102
Voorhees, NJ  08043
(856) 258-4050
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re:  107 CROSS ROAD LLC | § | Case No. 15-33180-JNP |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    ANDREW SKLAR, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $83.93  
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $9,307.94

Claims Discharged Without Payment: N/A

Total Expenses of Administration: $23,692.06

---

    3)  Total gross receipts of $     33,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of  $33,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $29,587.00 | $29,596.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,692.06 | 23,692.06 | 23,692.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,463.67 | 24,969.00 | 15,969.00 | 9,307.94 |
| **TOTAL DISBURSEMENTS** | $61,050.67 | $78,257.06 | $39,661.06 | $33,000.00 |

4) This case was originally filed under Chapter 7 on December 10, 2015. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2018           By: /s/ANDREW SKLAR
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference claims against Gross, Barlieb, Authen | 1241-000 | 33,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$33,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | 20 BEAVER DRIVE LLC | 4110-000 | 14,789.00 | 14,798.00 | 0.00 | 0.00 |
| 5 | AUTHENTIC HOLDINGS LLC | 4110-000 | 14,798.00 | 14,798.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$29,587.00** | **$29,596.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ANDREW SKLAR | 2100-000 | N/A | 4,050.00 | 4,050.00 | 4,050.00 |
| Trustee Expenses - ANDREW SKLAR | 2200-000 | N/A | 90.92 | 90.92 | 90.92 |
| Other - Subranni Zauber LLC | 3210-000 | N/A | 16,500.00 | 16,500.00 | 16,500.00 |
| Other - Sharer, Petree, Botz & Snyder | 3410-000 | N/A | 2,729.00 | 2,729.00 | 2,729.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Sharer, Petree, Botz & Snyder | 3420-000 | N/A | 20.65 | 20.65 | 20.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.99 | 14.99 | 14.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.48 | 17.48 | 17.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.81 | 16.81 | 16.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.25 | 29.25 | 29.25 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 13.04 | 13.04 | 13.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 51.82 | 51.82 | 51.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.09 | 44.09 | 44.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.18 | 47.18 | 47.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.52 | 35.52 | 35.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.31 | 21.31 | 21.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,692.06 | $23,692.06 | $23,692.06 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CALZARETTO & COMPANY, LLC | 7100-000 | 350.00 | 560.00 | 560.00 | 326.41 |
| 2 | COLEMAN ELECTRIC, INC. | 7100-000 | 14,886.00 | 15,409.00 | 15,409.00 | 8,981.53 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ADAM GROSS | 7100-000 | 9,000.00 | 9,000.00 | 0.00 | 0.00 |
| NOTFILED | SL Swenk Heating A/C | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Indoor Air Solutions | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | The Glass Guru | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | DJA Properties, LLC | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Atlantic City Electric | 7100-000 | 727.67 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$31,463.67** | **$24,969.00** | **$15,969.00** | **$9,307.94** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-33180-JNP  
**Case Name:** 107 CROSS ROAD LLC  

**Period Ending:** 09/18/18

**Trustee:** (500320)  ANDREW SKLAR  
**Filed (f) or Converted (c):** 12/10/15 (f)  
**§341(a) Meeting Date:** 03/04/16  
**Claims Bar Date:** 08/10/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Business Checking Account at TD Bank, xxxxxx9929 TR wrote to bank for turnover of funds-acct closed w/negative balance | 83.93 | 83.93 |  | 0.00 | FA |
| 2  Preference claims against Gross, Barlieb, Authen  (u) No adversary proceeding filed.. 12/12/17 TR settled claim for $33,000.00 | 0.00 | 33,000.00 |  | 33,000.00 | FA |
| 2  Assets  Totals (Excluding unknown values) | **$83.93** | **$33,083.93** |  | **$33,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR:  6/7/2018  
TFR APPROVAL:  6/18/2018  
FINAL MTG:  8/2/2018  
TDR:  9/18/2018  
TDR APPROVAL: PENDING

**Initial Projected Date Of Final Report (TFR):**    August 15, 2017            **Current Projected Date Of Final Report (TFR):**    June 7, 2018  (Actual)

Printed: 09/18/2018 10:21 AM    V.14.14

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-33180-JNP | | Trustee: | ANDREW SKLAR (500320) |
|---|---|---|---|---|
| Case Name: | 107 CROSS ROAD LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9266 - Checking Account |
| Taxpayer ID #: | **-***5907 | | Blanket Bond: | $36,589,161.00 (per case limit) |
| Period Ending: | 09/18/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/15/17 | {2} | Authentic Holdings | installment payment | 1241-000 | 250.00 | | 250.00 |
| 08/15/17 | {2} | Adam Gross | installment payment | 1241-000 | 5,000.00 | | 5,250.00 |
| 08/15/17 | {2} | Authentic Holdings | installment payment | 1241-000 | 5,000.00 | | 10,250.00 |
| 08/18/17 | {2} | Adam Gross | installment settlement payment | 1241-000 | 250.00 | | 10,500.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,490.00 |
| 09/01/17 | {2} | Jo Anne M Barlieb | installment settlement payment | 1241-000 | 250.00 | | 10,740.00 |
| 09/18/17 | {2} | Adam Gross | installment payment on settlement | 1241-000 | 250.00 | | 10,990.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.99 | 10,975.01 |
| 10/03/17 | {2} | Adam Gross | installment payment on settlement | 1241-000 | 250.00 | | 11,225.01 |
| 10/03/17 | {2} | Douglas DeMille | installment payment on settlement | 1241-000 | 250.00 | | 11,475.01 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.48 | 11,457.53 |
| 11/15/17 | {2} | Adam Gross | installment payment on settlement | 1241-000 | 250.00 | | 11,707.53 |
| 11/15/17 | {2} | Dougless De Mille | installment payment on settlement | 1241-000 | 250.00 | | 11,957.53 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.81 | 11,940.72 |
| 12/11/17 | {2} | AUTHENTIC HOLDINGS LLC | INSTALL PAYMENT ON PREFERENCE SETTLEMENT | 1241-000 | 5,000.00 | | 16,940.72 |
| 12/11/17 | {2} | JO ANNE BARLIEB | INSTALL PAYMENT ON PREFERENCE SETTLEMENT | 1241-000 | 5,000.00 | | 21,940.72 |
| 12/21/17 | {2} | ADAM GROSS | INSTALLMENT PAYMENT PER SETTLEMENT PREF CLAIM | 1241-000 | 10,500.00 | | 32,440.72 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.25 | 32,411.47 |
| 01/08/18 | {2} | DOUGLAS DE MILLE | INSTALLMENT PAYMENT PER SETTLEMENT | 1241-000 | 500.00 | | 32,911.47 |
| 01/15/18 | 101 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/15/2018 FOR CASE #15-33180, BOND #016026385 - 1/1/18 to 1/1/19 | 2300-000 | | 13.04 | 32,898.43 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.82 | 32,846.61 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.09 | 32,802.52 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.18 | 32,755.34 |
| 04/09/18 | 102 | Subranni Zauber LLC | ATTY FOR TR FEES- ORDER ALLOWING FEES 4/5/18 | 3210-000 | | 16,500.00 | 16,255.34 |
| 04/09/18 | 103 | Sharer, Petree, Botz & Snyder | ACCT FOR TRUSTEE FEES- ORDER ALLOWING FEES & EXP 4/5/18 | 3410-000 | | 2,729.00 | 13,526.34 |
| 04/09/18 | 104 | Sharer, Petree, Botz & Snyder | ACCT FOR TRUSTEE EXPENSES | 3420-000 | | 20.65 | 13,505.69 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.52 | 13,470.17 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.31 | 13,448.86 |

Subtotals : $33,000.00   $19,551.14

{} Asset reference(s)

Printed: 09/18/2018 10:21 AM   V.14.14

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-33180-JNP  
**Case Name:** 107 CROSS ROAD LLC  

**Taxpayer ID #:** **-***5907  
**Period Ending:** 09/18/18  

**Trustee:** ANDREW SKLAR (500320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $36,589,161.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/03/18 | 105 | ANDREW SKLAR | TRUSTEE EXPENSES | 2200-000 | | 90.92 | 13,357.94 |
| 08/03/18 | 106 | ANDREW SKLAR | TRUSTEE COMPENSATION | 2100-000 | | 4,050.00 | 9,307.94 |
| 08/03/18 | 107 | CALZARETTO & COMPANY, LLC | Dividend paid 58.28% on $560.00; Claim# 1; Filed: $560.00; Reference: All | 7100-000 | | 326.41 | 8,981.53 |
| 08/03/18 | 108 | COLEMAN ELECTRIC, INC. | Dividend paid 58.28% on $15,409.00; Claim# 2; Filed: $15,409.00; Reference: DC-1788-15 | 7100-000 | | 8,981.53 | 0.00 |
| | | | ACCOUNT TOTALS | | 33,000.00 | 33,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 33,000.00 | 33,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $33,000.00 | $33,000.00 | |

Net Receipts : 33,000.00  
Net Estate : $33,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9266 | 33,000.00 | 33,000.00 | 0.00 |
| | $33,000.00 | $33,000.00 | $0.00 |

{} Asset reference(s)

Printed: 09/18/2018 10:21 AM   V.14.14